# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TASTY ONE, LLC,

    Plaintiff(s),

v.

EARTH SMARTE WATER, LLC,

    Defendant(s).

Case No.: 2:20-cv-01625-APG-NJK

**ORDER**

    On October 2, 2020, the parties indicated that Defendant was "in the process of filing an answer." Docket No. 9 at 2. No answer has been filed to date and the deadline for doing so has expired. *See* Fed. R. Civ. P. 81(c)(2). Defendant must file an answer by November 2, 2020.

    IT IS SO ORDERED.

    Dated: October 26, 2020

                                                                            Nancy J. Koppe
                                                                            United States Magistrate Judge