UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TASTY ONE, LLC d/b/a EARTH SMARTE WATER OF LAS VEGAS, a foreign limited liability company,<br><br>　　　　Plaintiff/Counter-Defendant,<br><br>vs.<br><br>EARTH SMARTE WATER, LLC d/b/a DENCOH20, LLC, an Arizona company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendants/Counter-Claimant.<br>―――――――――――――――――――<br>EARTH SMARTE WATER, LLC d/b/a DENCOH20, LLC, an Arizona company,<br><br>　　　　Third-Party Plaintiff,<br><br>vs.<br><br>PURE WATER TECHNOLOGIES, LLC dba KING WATER FILTRATION, a Nevada limited liability company; ADAM KAPLAN and JANE DOE KAPLAN, husband and wife,<br><br>　　　　Third-Party Defendants. | Case No.: 2:20-CV-01625-APG-NJK<br><br>**ORDER EXTENDING THE TIME TO FILE A RESPONSE TO THE MOTION FOR SUMMARY JUDGMENT** |

　　The Court, having read the Motion for Extension of Time made in accordance with Federal Rules of Civil Procedure Rule 6,

HEREBY ORDERS that Earth Smarte may have an additional thirty (30) days of until October 20, 2021, in which to file its response to the Motion for Summary Judgment.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
ANDREW P. GORDON

Dated:   September 20, 2021