JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
JEAN-PAUL HENDRICKS, ESQ.
Nevada Bar No. 10079
MAIER GUTIERREZ & ASSOCIATES
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: (702) 629-7900
Facsimile: (702) 629-7925
E-mail: jag@mgalaw.com
jph@mgalaw.com

*Attorneys for Plaintiff/Counterdefendant Tasty One, LLC d/b/a Earth Smarte Water of Las Vegas*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TASTY ONE, LLC d/b/a EARTH SMARTE WATER OF LAS VEGAS, Foreign Limited-Liability Company;<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>EARTH SMARTE WATER, LLC d/b/a DENCOH20, LLC, an Arizona company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant/Counter-Claimant. | Case No.:   2:20-cv-01625-APG-NJK<br><br>**STIPULATION AND REQUEST FOR AN ORDER TO EXTEND THE DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, plaintiff Tasty One, LLC d/b/a Earth Smarte Water of Las Vegas ("Plaintiff"), by and through its attorneys of record, the law firm MAIER GUTIERREZ & ASSOCIATES and defendant Earth Smarte Water, LLC d/b/a DENCOH20 ("Defendant"), by and through its attorneys of record, the law firm of SADDLEWORTH LAW, PLLC, as follows:

On June 9, 2022 this Court entered its Order Granting in Part Plaintiff's Motion for Summary Judgment and Denying Defendant's Motion to Extend Time [ECF No. 84]. The Joint Discovery Plan and Scheduling Order in this matter [ECF No 18] requires the parties to file the joint pretrial order no

1

later than thirty (30) days after the decision on any dispositive motions.  The current deadline to file the joint pretrial order is July 8, 2022.  The parties hereby stipulate to a 30 day extension of the deadline to file the Joint Pretrial Order.  The new deadline shall be Monday August 8, 2022.

The requested extension is necessary to allow the parties sufficient time to meet and confer and to explore and discuss settlement.  This is the parties' first request for an extension of this deadline and second extension of any deadline in this matter.  This extension is not intended to cause delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 1st day of July 2022.

**MAIER GUTIERREZ & ASSOCIATES**

/s/ Jean-Paul Hendricks
_____
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
JEAN-PAUL HENDRICKS, ESQ.
Nevada Bar No. 10079
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff/Counterdefendant Tasty One, LLC d/b/a Earth Smarte Water of Las Vegas*

DATED this 1st day of July 2022.

**SADDLEWORTH LAW, PLLC**

/s/ Craig W. Broadbent
_____
CRAIG W. BROADBENT, ESQ.
Arizona Bar No. 029032
4742 N. 24th St., Ste. 300
Phoenix, Arizona 85016

John P. Aldrich, Esq.
Nevada Bar No. 6877
**ALDRICH LAW FIRM, LTD.**
7866 W. Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Defendants/Counterclaimants/Third-Party Plaintiffs Earth Smarte Water, LLC d/b/a DENCOH20, LLC*

**ORDER**

IT IS SO ORDERED

Dated:  July 5, 2022

_____
United States Magistrate Judge

2