UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TASTY ONE, LLC, <br><br>　　　Plaintiff <br><br>v. <br><br>EARTH SMARTE WATER, LLC, <br><br>　　　Defendant | Case No.: 2:20-cv-01625-APG-NJK <br><br>**Order Rejecting Proposed Joint Pretrial Order** <br><br>[ECF No. 87] |

　　　The parties' proposed Joint Pretrial Order does not comply with Local Rules 16-3 and 16-4.  In their respective exhibit lists, the parties list what appears to be every document produced in this case (based on the consecutive Bates numbering).  Local Rule 16-3(b)(8) requires parties to list the "exhibits that will be offered in evidence by the parties at the trial."  Listing every document does not satisfy this rule, as it would be impossible to offer all of those documents in a four-day trial as the parties have requested. *See* ECF No. 87 at 29.  In addition, the parties list only one objection to the proposed exhibits, in apparent violation of Local Rule 16-3(b)(8)(B).  If there are no objections, the proposed exhibits should be stipulated into evidence

　　　Local Rules 16-3 and 16-4 are designed to streamline trial preparation and presentation, and to foster settlement.  The parties cannot wait to make trial decisions until the eve of trial.  Such tactics prevent full participation in settlement discussions.

/ / / /

/ / / /

/ / / /

/ / / /

I THEREFORE ORDER that the parties' proposed Joint Pretrial Order (**ECF No. 87**) **is REJECTED.** The parties shall confer as required in Local Rule 16-3 and submit a proposed Joint Pretrial Order that complies with Local Rules 16-3 and 16-4 by September 6, 2022.

DATED this 10th day of August, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE