John P. Aldrich, Esq.
Nevada Bar No. 6877
**ALDRICH LAW FIRM, LTD.**
7866 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel (702) 853-5490
Fax (702) 227-1975
jaldrich@johnaldrichlawfirm.com
*Attorney for Defendants*
*Earth Smarte Water, LLC d/b/a DENCOH20, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TASTY ONE, LLC d/b/a EARTH SMARTE WATER OF LAS VEGAS, Foreign Limited-Liability Company;<br><br>Plaintiff<br><br>vs.<br><br>EARTH SMARTE WATER, LLC d/b/a DENCOH20, LLC, an Arizona company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant | Case No.:   2:20-cv-01625-APG-NJK<br><br>**STIPULATION AND REQUEST FOR AN ORDER TO EXTEND THE DEADLINE TO FILE REVISED JOINT PRETRIAL ORDER BECAUSE OF ATTORNEY SUSPENSION**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, plaintiff Tasty One, LLC d/b/a Earth Smarte Water of Las Vegas ("Plaintiff"), by and through its attorneys of record, the law firm MAIER GUTIERREZ & ASSOCIATES and defendant Earth Smarte Water, LLC d/b/a DENCOH20 ("Defendant"), by and through its attorney of record, the law firm of ALDRICH LAW FIRM, LTD, as follows:

Defendant's local counsel in this litigation is John Aldrich of Aldrich Law Firm, Ltd. Lead counsel has been Arizona attorney Craig Broadbent, who was admitted *pro hac vice* in the case. Throughout this litigation, attorney Craig Broadbent has acted as lead counsel, handling all aspects of the case. Mr. Aldrich has had very limited involvement in the day-to-day handling of the case for Defendant.

On August 9, 2022, the parties filed their Proposed Joint Pretrial Order [ECF No. 87]. On August 10, 2022 the Court issued an order rejecting the Proposed Joint Pretrial Order, [ECF No. 88], and further ordering the parties to review the proposed exhibit lists, reduce the number of exhibits to a reasonable number for a four-day trial, and provided there are no listed objections to the exhibits, stipulate them into evidence in conformance with LR 16-3 and 16-4. *Id*. The current deadline to submit a revised Proposed Joint Pretrial Order is September 6, 2022. *Id.*

Plaintiff re-evaluated its exhibits and sent its revised list to Defendant's counsel, Mr. Broadbent, on Wednesday August 24, 2022. Having not received a revised exhibit list or response from Defendant's counsel, Mr. Broadbent, Plaintiff reached out again by e-mail on the morning of Monday August 29. In the August 29, 2022 U.S. Mail, MAIER GUTIERREZ AND ASSOCIATES received the unfiled Notice of Suspension and August 9, 2022 Final Judgement and Order suspending Craig Broadbent, from the practice of law in the state of Arizona for six months and one day with a further two years of probation upon reinstatement. (Attached hereto as **Exhibit 1**).

In the afternoon of August 29, 2022, Mr. Hendricks received a call from Lisa Hanger, an associate in Craig Broadbent's office. Ms. Hanger informed that her last day at the office would be August 30, or 31 2022 and that the office was being immediately and permanently closed. Counsel for Plaintiff immediately reached out to local counsel for Defendant, John Aldrich. Mr. Aldrich received the same notice and judgment via U.S. Mail on August 29, 2022, but had not yet received the mail that day and had been previously unaware of Mr. Broadbent's disciplinary action or suspension. To date, Mr. Aldrich has had only limited involvement in this matter.

Because of this highly unusual circumstance, the parties agree to stipulate to a 45 day extension of the deadline to submit the revised Proposed Joint Pretrial Order to allow Defendant time obtain alternate counsel or make arrangements with Mr. Aldrich to become lead counsel in the matter. The new deadline shall be October 21, 2022. This is the parties' second request for an extension of this

/ / /
/ / /
/ / /
/ / /

2

deadline and third extension of any deadline in this matter. The trial dates proposed in the prior Proposed Joint Pre-Trial Order are in June, July, and August of 2023, so this extension will not cause any substantive delay in this proceeding. This extension is not intended to cause delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 31st day of August 2022.

**MAIER GUTIERREZ & ASSOCIATES**

/s/ Jean-Paul Hendricks
_____
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
JEAN-PAUL HENDRICKS, ESQ.
Nevada Bar No. 10079
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff Tasty One, LLC d/b/a Earth Smarte Water of Las Vegas*

DATED this 31st day of August 2022.

**SADDLEWORTH LAW, PLLC**

CRAIG W. BROADBENT, ESQ. Admitted *pro hac vice*
Arizona Bar No. 029032
4742 N. 24th St., Ste. 300
Phoenix, Arizona 85016

**ALDRICH LAW FIRM, LTD.**

/s/ John P. Aldrich
_____
John P. Aldrich, Esq.
Nevada Bar No. 6877
7866 W. Sahara Avenue
Las Vegas, Nevada 89117
*Attorney for Defendants Earth Smarte Water, LLC d/b/a DENCOH20, LLC*

**ORDER**

IT IS SO ORDERED this  2nd  day of  September , 2022.

_____
**UNITED STATES DISTRICT JUDGE**

3