1 | John P. Aldrich, Esq.
Nevada Bar No. 6877
2 | Catherine Hernandez, Esq.
Nevada Bar No. 8410
3 | **ALDRICH LAW FIRM, LTD.**
7866 West Sahara Ave.
4 | Las Vegas, NV 89117
Telephone: (702) 853-5490
5 | Facsimile:  (702) 227-1975
jaldrich@johnaldrichlawfirm.com
6 | *Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TASTY ONE, LLC d/b/a EARTH SMARTE WATER OF LAS VEGAS, Foreign Limited-Liability Company;<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>EARTH SMARTE WATER, LLC d/b/a DENCOH20, LLC, an Arizona company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant/Counter-Claimant. | Case No.:   2:20-cv-01625-APG-NJK<br><br>**STIPULATION TO EXTEND THE DEADLINE TO FILE REPLY TO RESPONSE TO DEFENDANT'S RENEWED MOTION TO DE-DESIGNATE DOCUMENTS DISCLOSED BY PLAINTIFF AND MARKED AS "HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY" PURSUANT TO PROTECTIVE ORDER AND FOR A DECLARATION THAT THE "HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY" DESIGNATION DOES NOT APPLY [ECF NO. 112]**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, Plaintiff Tasty One, LLC d/b/a Earth Smarte Water of Las Vegas ("Plaintiff"), by and through its attorneys of record, the law firm MAIER GUTIERREZ & ASSOCIATES and Defendant Earth Smarte Water, LLC d/b/a DENCOH20 ("Defendant"), by and through its attorney of record, John P. Aldrich, Esq., of the Aldrich Law firm, Ltd., as follows:

On February 3, 2023, Defendant filed its Renewed Motion to De-Designate Documents Disclosed by Plaintiff and Marked as "Highly Confidential-Attorney's Eyes Only" Pursuant to Protective Order and for a Declaration that the "Highly Confidential-Attorney's Eyes Only" Designation Does Not Apply [ECF No. 112] ("Renewed Motion to De-Designate Documents"). On February 17, 2023, Plaintiff filed its Response to Defendant's Renewed Motion to De-Designate

1

1  Documents [ECF No. 116].  The current deadline for Defendant to file its Reply in support of its
2  Renewed Motion to De-Designate Documents is February 24, 2023.
3        Because of extensive recent and existing commitments of Defendant's counsel, Defendant's
4  counsel requested and the parties have agreed to extend the time for Defendant to file its Reply in
5  support of its Renewed Motion to De-Designate Documents to March 3, 2023.
6        This stipulation is submitted in good faith and not for purposes of delay.  It is the first request
7  for an extension of this deadline. The bench trial in this matter is curerently scheduled on June 26,
8  2023.  A settlement conference is currently scheduled in this matter on April 4, 2023.  This stipulation
9  does not in any way interfere with or cause a delay in these existing deadlines.
10       IT IS SO STIPULATED.
11 DATED this 24th day of February, 2023.    DATED this 24th day of February, 2023.
12 **MAIER GUTIERREZ & ASSOCIATES**    **ALDRICH LAW FIRM, LTD.**
13 */s/ Joseph A. Gutierrez*    */s/ John P. Aldrich*
14 JOSEPH A. GUTIERREZ, ESQ.    John P. Aldrich, Esq.
   Nevada Bar No. 9046    Nevada Bar No. 6877
15 JEAN-PAUL HENDRICKS, ESQ.    7866 W. Sahara Avenue
   Nevada Bar No. 10079    Las Vegas, Nevada 89117
16 8816 Spanish Ridge Avenue    *Attorneys for*
   Las Vegas, Nevada 89148    *Defendants/Counterclaimants/Third-Party*
17 *Attorneys for Plaintiff/Counterdefendant Tasty*    *Plaintiffs Earth Smarte Water, LLC d/b/a*
   *One, LLC d/b/a Earth Smarte Water of Las*    *DENCOH20, LLC*
18 *Vegas*

20       **ORDER**
21       IT IS SO ORDERED this 27th day of February, 2023.

24                    **UNITED STATES MAGISTRATE JUDGE**

2