# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TASTY ONE, LLC,

     Plaintiff,

v.

EARTH SMARTE WATER, LLC, et al.,

     Defendants.

Case No. 2:20-cv-01625-APG-NJK

**Order**

The Court previously ordered Defendant to file a notice of compliance, attaching Exhibits A, B, and C to Mr. Aldrich's declaration in support of the motion to de-designate documents, redacted in accordance with Federal Rule of Civil Procedure 5.2, on the public docket.  Docket No. 121 at 5.  Defendant has not filed a notice of compliance and the date to do so has now passed. *See* Docket.  Accordingly, Defendant is **ORDERED** to file a notice of compliance attaching Exhibits A, B, and C to Mr. Aldrich's declaration in support of the motion to de-designate documents, redacted in accordance with Federal Rule of Civil Procedure 5.2, on the public docket no later than **March 31, 2023**.  **Failure to comply with this order may result in sanctions.**

IT IS SO ORDERED.

Dated: March 24, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1