UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TASTY ONE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>EARTH SMARTE WATER, LLC,<br><br>    Defendant. | Case No. 2:20-cv-01625-APG-NJK<br><br>**Order**<br><br>[Docket No. 125] |

Pending before the Court is the Aldrich Law Firm's motion to withdraw as counsel for Defendant Earth Smarte Water, LLC. Earth Smarte Water, LLC may file a response to the motion no later than April 24, 2023. The Clerk's Office is **INSTRUCTED** to email and mail a copy of this order to Earth Smarte Water, LLC and its principal Terry Denton at the addresses provided in Docket No. 125 at 3.

IT IS SO ORDERED.

Dated: April 10, 2023

                                                          _____
                                                          Nancy J. Koppe
                                                          United States Magistrate Judge