# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TASTY ONE, LLC, | Case No. 2:20-cv-01625-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| EARTH SMARTE WATER, LLC, | |
| Defendant. | |

Pending before the Court is the Aldrich Law Firm's motion to withdraw as counsel for Defendant Earth Smarte Water, LLC. Docket No. 125. Defendant Earth Smarte Water, LLC submitted a letter in response to the motion. *See* Docket No. 128. The Court **SETS** a hearing on the motion to withdraw for May 15, 2023, at 2:00 PM in Courtroom 3C. The Clerk's Office is **INSTRUCTED** to email and mail a copy of this order to Earth Smarte Water, LLC and its principal Terry Denton at the addresses provided in Docket No. 125 at 3.

IT IS SO ORDERED.

Dated: April 25, 2023

Nancy J. Koppe
United States Magistrate Judge

1