UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TASTY ONE, LLC,<br><br>    Plaintiff<br><br>v.<br><br>EARTH SMARTE WATER, LLC,<br><br>    Defendant | Case No.: 2:20-cv-01625-APG-NJK<br><br>**Order for Status Report** |

Defendant Earth Smarte Water, LLC filed a notice of bankruptcy. ECF No. 149. Due to the automatic bankruptcy stay, no further action has taken place in this case. Nearly a year has passed since Earth Smarte filed for bankruptcy and there has been no update on those proceedings.

I THEREFORE ORDER that by December 20, 2024, the parties must file a status report regarding the bankruptcy proceedings and whether the automatic stay remains in place in relation to this case.

DATED this 3rd day of December, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE