**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TASTY ONE, LLC, | Case No.: 2:20-cv-01625-APG-NJK |
| Plaintiff | **Order for Status Report** |
| v. | |
| EARTH SMARTE WATER, LLC, | |
| Defendant | |

Defendant Earth Smarte Water, LLC filed a notice of bankruptcy. ECF No. 149. Due to the automatic bankruptcy stay, no further action has taken place in this case. A review of the bankruptcy court's docket shows the bankruptcy case was closed on April 21, 2025.

I THEREFORE ORDER that by May 16, 2025, the parties must file a status report regarding what, if anything, remains of this case.

DATED this 1st day of May, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE