# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TASTY ONE, LLC, | Case No.: 2:20-cv-01625-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| EARTH SMARTE WATER, LLC, | |
| Defendant | |

Based on plaintiff Tasty One, LLC's status report (ECF No. 153),

I ORDER that the automatic bankruptcy stay previously in place in this matter is no longer in effect because the defendant's bankruptcy proceeding has closed.

I FURTHER ORDER that by June 13, 2025, plaintiff Tasty One, LLC must advise whether and how it intends to proceed in this action or voluntarily dismiss its claims against defendant Earth Smarte Water, LLC. If Tasty One, LLC does not respond to this order or otherwise take action in this case by June 13, 2025, I will dismiss the complaint without prejudice and close this case.

DATED this 20th day of May, 2025.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE