# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TASTY ONE, LLC, | Case No.: 2:20-cv-01625-APG-NJK |
| Plaintiff | **Order Dismissing Case** |
| v. | |
| EARTH SMARTE WATER, LLC, | |
| Defendant | |

In light of plaintiff Tasty One, LLC's notice of intent not to proceed and consent to dismissal without prejudice (ECF No. 156),

I ORDER that plaintiff Tasty One, LLC's claims against defendant Earth Smarte Water, LLC are dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 12th day of June, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE